UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAFFON GLYMPH, | CASE NO. 2:21-cv-1704-JHC |
| Plaintiff, | ORDER |
| v. | |
| CT CORPORATION SYSTEMS, and COMPUCOM, | |
| Defendants. | |

On June 10, 2022, the Court granted Plaintiff leave until June 30, 2022, to amend her complaint. Dkt. # 19. Plaintiff, who is self-represented, apparently misconstrued the Court's order and, on June 30, filed what appears to be a brief in opposition to a prior motion to dismiss (Dkt. # 6) on which the Court has already ruled. Accordingly, the Court exercises its discretion to GRANT Plaintiff leave until Friday, July 15, 2022, to file an amended complaint. If she does not do so, this matter will be dismissed with prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

ORDER - 1

Dated this 1st day of July, 2022.

                                                John H. Chun
                                                United States District Judge

ORDER - 2