Pro Se 1 2016

1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON

7

8                                                    CASE NO. 2:21-cv-01704-JHC

9    Laffon Glymph,

10                                                   AMENDED COMPLAINT

11                                                   Jury Trial:  ☒ Yes   ☐ No
                                    Plaintiff(s),
           v.

12

13   COMPUCOM SYSTEMS, INC.,

14

15                                  Defendant(s).

16

17              **I.      THE PARTIES TO THIS COMPLAINT**

18   A.    Plaintiff(s)

19         *Provide the information below for each plaintiff named in the complaint. Attach*
     *additional pages if needed.*

20
     | | |
     |---|---|
     | Name | Laffon Glymph |
21   | Street Address | PO Box 334 |
     | City and County | Renton, King County |
22   | State and Zip Code | WA, 98057 |
     | Telephone Number | 425-652-0715 |
23

24

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B.    Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                                COMPUCOM SYSTEMS, INC.,

Job or Title *(if known)*

Street Address                      600 University Street, Suite 3200

City and County                     Seattle, King County

State and Zip Code                  Washington 98101-3122

Telephone Number                    206-623-3300

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II.     BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws, or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (*check all that apply*)

☐   Federal question             ☒   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

1    B.    If the Basis for Jurisdiction Is Diversity of Citizenship

2         1.    The Plaintiff(s)

3              a.   If the plaintiff is an individual.

4    The plaintiff, Laffon Glymph, is a citizen of the State of Washington.

5         2.    The Defendant(s)

6              a.   If the defendant is a corporation.

7    The defendant, CompuCom Systems, Inc., is incorporated under the laws of the State of

8    Delaware and has its principal place of business in the State of South Carolina.

9         3.    The Amount in Controversy.

10   The amount in controversy-the amount the plaintiff claims the defendant owes or the

11   amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

12   Loss wages, back pay, front pay, benefits, medical expenses, emotional distress,

13   liquidated damages, punitive damages, and attorney fees exceeds $75,000

14   _____

15

16                    III.    STATEMENT OF CLAIM

17   *Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as*
     *possible the facts showing that each plaintiff is entitled to the damages or other relief sought.*
18   *State how each defendant was involved and what each defendant did that caused the plaintiff*
     *harm or violated the plaintiff's rights, including the dates and places of that involvement or*
19   *conduct. If more than one claim is asserted, number each claim and write a short and plain*
     *statement of each claim in a separate paragraph. Attach additional pages if needed.*

20   On October 8th, 2018 the plaintiff started experiencing a serious unexpected health condition

21   which required emergency medical attention. On October 11th, 2018 plaintiff had an emergency

22   oral surgery in hopes it would eliminate the discomfort and problem she was experiencing.

23   Unfortunately, the condition continued to persist an even more intensely after oral surgery. On

24   October 15th, 2018 the plaintiff notified Brady Ruck Director of Business Operations of

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

1  CompuCom/ Excell regarding her medical condition. On 10/15/2018 the plaintiff went back to

2  treating dentist at Aden Dental described the discomfort she was experiencing after extraction. 1.

3  Severe pain on the left side and airway tightness. 2. Burning pain in the face and neck. 3. Pain in

4  neck, jaw, and throat. 4. Painful to swallow. 5. Neck pain, teeth pain, and abdominal discomfort.

5  6. Infected teeth. 7. Difficulty breathing with associated tightness in mouth, throat, neck, face,

6  and chest. Later that night on 10/15/2018 paramedics were called, and she was rushed to

7  Overlake Hospital. Plaintiff's medical doctor Steven Hall requested plaintiff be put on FMLA

8  with a reduce work schedule of 6 hours per day 5 days a week and she work from home. Brady

9  Ruck stated in an email plaintiff wasn't approved to work from home. FMLA approved from

10  10/15/2018 to 11/15/2018. due to a serious health condition that makes you unable to perform

11  the essential functions of your job. Plaintiff contacted CompuCom's benefits department

12  regarding utilizing her Short-term disability benefits, plaintiff was told there was a waiting

13  period from October 15, 2018, through October 21, 2018. Benefits would be approved from

14  October 22, 2018, through November 15, 2018. On November 14,2018 the plaintiff wrote an

15  email to the Director of HR regarding her PTO hours were adjusted to a negative balance the

16  week of October 15th, 2018. Defendant terminated Plaintiff's employment on 11/26/2018, 10

17  days after returning from FMLA leave. Plaintiff's Short-term disability benefits were denied, and

18  the denial reason was very contradictory from the FMLA approval. Discriminating comments

19  regarding plaintiff's disability and age was criticized. Plaintiff didn't receive the denial letter

20  until after 1/2/2019 well after the defendant terminated her employment on 11/26/2018. Plaintiff

21  Appealed Short-Term Disability Benefits 4/10/2019. On 4/29/2019 Short-Term Disability

22  Benefits Approved and Reinstated.

23

24

COMPLAINT FOR A CIVIL CASE - 5

Pro Se 1 2016

Causes of action

The Defendant CompuCom System Inc violated numerous federal and state laws in the unlawful wrong termination of the Plaintiff Laffon Glymph. The Defendant has deprived the Plaintiff of her job and severely affected the substantial interest she had in her reputation and her ability to earn a living. The Plaintiff was further denied access to certain benefits to which she was entitled to under Defendant's employee benefit plan. The Defendant wrongful termination of the Plaintiff was wilfully retaliatory, malicious, unreasonably discriminatory, and set out to cause financial hardship and unnecessary financial burden. All in a willful violation of The Family and Medical Leave Act of 1993, 29 U.S.C. § 2601, et seq., ("FMLA") The Defendant exhibited ill will, malice, improper motive, and indifference to Plaintiff's FMLA, WFLA rights. by forcing her to take medical leave without pay or benefits. 29 U.S.C. § 2615 § 2617

Damages

1.Willful violation of FMLA- Section 105 of the FMLA prohibits retaliation. Employers cannot interfere with, restrain, or deny a person the right to exercise or attempt to exercise any FMLA right.

2.Interference with FMLA-29 U.S.C. § 2615(a)(1) provides that "[i]t shall be unlawful for any employer to interfere 53 with, restrain, or deny the exercise of or the attempt to exercise, any right provided under [the 54 FMLA]." Claims brought under § 2615(a)(1) are denominated "interference" claims.

3.FMLA Discrimination/ willful retaliation-§ 825.220 Protection for employees who request leave or otherwise assert FMLA rights.

4.Wrongful Termination- The FMLA provides, among other rights, a total of twelve (12) workweeks of leave during any one year to an eligible employee "unable to perform the functions of [his or her] position" due to "a serious health condition." 29 U.S.C. § 2612(a)(1)(D).

COMPLAINT FOR A CIVIL CASE - 6

Pro Se 1 2016

1  "The employee has an accompanying right to return to the same or an equivalent position at the

2  conclusion of the leave period." Reed v. Buckeye Fire Equip., 241 F. App'x 917, 923 (4th Cir.

3  2007) (citing 29 U.S.C. § 2614(a)(1) ).

4  5. The Plaintiff, as a result of the Defendant's, has suffered lost wages, back pay, front pay,

5  benefits, medical expenses, emotional distress, liquidated damages, punitive damages and other

6  damages for which she will show at trial of this cause of action.

7

8                                    **IV.    RELIEF**

9  *State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do*
   *not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing*
10 *at the present time. Include the amounts of any actual damages claimed for the acts alleged and*
   *the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,*
11 *and the reasons you claim you are entitled to actual or punitive money damages.*

12       Loss wages, back pay, front pay, benefits, medical expenses, emotional distress, pain and

13 suffering,  liquidated damages, punitive damages, and attorney fees

14

15

16                        **V.    CERTIFICATION AND CLOSING**

17       Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

18 knowledge, information, and belief that this complaint: (1) is not being presented for an improper

19 purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

20 (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

21 reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

22 identified, will likely have evidentiary support after a reasonable opportunity for further

23 investigation or discovery; and (4) the complaint otherwise complies with the requirements of

24 Rule 11.

COMPLAINT FOR A CIVIL CASE - 7

*Pro Se 1 2016*

1    I agree to provide the Clerk's Office with any changes to my address where case-related

2   papers may be served. I understand that my failure to keep a current address on file with the

3   Clerk's Office may result in the dismissal of my case.

4       Date of signing:          7/15/2022_____

5       Signature of Plaintiff     /s/ Laffon Glymph_____

6       Printed Name of Plaintiff   Laffon Glymph_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 8