UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LAFFON GLYMPH,

    Plaintiff,

v.

CT CORPORATION SYSTEMS and COMPUCOM,

    Defendants.

Case No. 2:21-cv-01704-JHC

**ORDER GRANTING DEFENDANT COMPUCOM SYSTEMS, INC.'S RENEWED MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

This matter comes before the Court on Defendant CompuCom Systems, Inc.'s Renewed Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). Dkt. # 23. The motion is unopposed. Having reviewed and considered the moving papers and the remainder of the file herein, the Court hereby ORDERS as follows:

Plaintiff's Amended Complaint is subject to dismissal under Fed. R. Civ. P. 12(b)(6) because it fails to set forth facts sufficient to establish any plausible claim for relief. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Plaintiff's Amended Complaint (Dkt. # 22) fails to allege any causal connection between her exercise of her rights under the Family and Medical Leave Act (FMLA) and her discharge from Defendant. And at best, it makes only conclusory allegations that Defendant willfully violated the FMLA in connection with the discharge. Because Plaintiff's Amended Complaint fails to plausibly allege

facts rising to the level of a willful violation of the FMLA by Defendant, Plaintiff has failed to bring this lawsuit within the applicable statute of limitations, and the suit is therefore untimely.

Therefore, it is ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Dated this 19th day of August, 2022.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING DEFENDANT'S
RENEWED MOTION TO DISMISS - 2
2:21-CV-01704-JHC