UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAFFON GLYMPH,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CT CORPORATION SYSTEMS and<br>COMPUCOM SYSTEMS, INC.,<br>　　　　　　Defendant. | CASE NO. 2:21-cv-01704-JHC<br><br>ORDER TO SUBMIT JOINT STATUS REPORT |

Following remand of this action from the Ninth Circuit Court of Appeals, the parties are directed to confer and provide the Court with a combined Joint Status Report ("the Report") by January 19, 2024. This conference shall be through direct and personal communication, whether that be a face-to-face meeting or a video or telephonic conference. The Report will be used in setting a schedule for prompt completion of the case. It must contain the following information by corresponding paragraph numbers:

　　1.　　A statement of the nature and complexity of the case.

　　2.　　A statement of which alternative dispute resolution ("ADR") method (mediation, arbitration, or other) should be used. The alternatives are described in Local Rules 39.1 and 39.2

and in the ADR Reference Guide, which is available from the clerk's office. If the parties believe that there should be no ADR, the reasons for that belief should be stated.

      3.      Unless all parties agree that there should be no ADR, a statement of when mediation or another ADR proceeding should be held within four months after the Report is filed. It may be resumed, if necessary, after the first session.

      4.      A statement of what, if any, additional discovery is required following the remand of this matter from the Ninth Circuit Court of Appeals, including: a) the subjects on which discovery may be needed and whether discovery should be conducted in phases or be limited to or focused upon particular issues, b) what changes should be made in the limitations on discovery imposed under the Federal and Local Civil Rules, and what other limitations should be imposed, c) a statement of how discovery will be managed so as to minimize expense (e.g., by foregoing or limiting depositions, exchanging documents informally, etc.); and d) any other orders that should be entered by the court under Federal Rule of Civil Procedure 26(c) or under Local Rule 26.

      5.      The date by which remaining discovery, if any, can be completed.

      6.      Whether the case should be bifurcated by trying the liability issues before the damages issues or bifurcated in any other way.

      7.      Whether pretrial statements and the pretrial order called for by Local Rule 16 should be dispensed with in whole or in part for the sake of economy.

      8.      Any other suggestions for shortening or simplifying the case.

      9.      The date the case will be ready for trial.

      10.      Whether the trial will be jury or non-jury.

      11.      The number of days for trial required.

      12.      The names, addresses, and telephone numbers of all trial counsel.

13. Whether any party wishes a scheduling conference prior to a scheduling order being entered in the case.

If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed.

Dated this 29th day of December, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER TO SUBMIT JOINT STATUS REPORT - 3