UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LAFFON GLYMPH,

Plaintiff,

v.

CT CORPORATION SYSTEMS and
COMPUCOM,

Defendants.

Case No. 2:21-cv-01704-JHC

**ORDER GRANTING DEFENDANT'S
MOTION FOR EXTENSION OF TIME
TO ANSWER, MOVE, OR
OTHERWISE PLEAD TO
PLAINTIFF'S COMPLAINT**

This matter comes before the Court on the Defendant's Motion for Extension of Time to Answer, Move, or Otherwise Plead to Plaintiff's Complaint. Dkt. # 35. The motion is unopposed. It is noted for January 19, 2024, but the Court does not see a good reason to wait to rule on it. The Court GRANTS the motion. The deadline for Defendant to file any response to the Amended Complaint is continued to January 26, 2024.

DATED this 18th day of January, 2024.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE