UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LAFFON GLYMPH,

    Plaintiff,

v.

CT CORPORATION SYSTEMS[1] and COMPUCOM[2],

    Defendants.

Case No. 2:21-cv-01704-JHC

**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY TO DEFENDANT'S ANSWERS, DEFENSES AND AFFIRMATIVE DEFENSES**

This matter come before the Court on Defendant's Motion to Strike Plaintiff's Reply to Defendant's Answers, Defenses and Affirmative Defenses. Dkt. # 54. Contrary to Plaintiff's argument in opposition, Federal Rule of Civil Procedure 8(c) does not allow a reply to affirmative defenses. Thus, the Court GRANTS the motion and STRIKES Plaintiff's reply at Dkt. # 53.

DATED this 1st day of March, 2024.

*/s/ John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

---

[1] On June 10, 2022, this Court dismissed CT Corporation Systems, Defendant's registered agent, from the case. Dkt. # 19.

[2] Pro se Plaintiff Laffon Glymph listed Defendant CompuCom Systems, Inc. as "CompuCom" as a Defendant in this matter.

1