UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LAFFON GLYMPH,

        Plaintiff,

v.

CT CORPORATION SYSTEMS[1] and COMPUCOM[2],

        Defendants.

Case No. 2:21-cv-01704-JHC

**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

This matter comes before the Court on pro se Plaintiff's Motion for Leave to File Second Amended Complaint. Dkt. # 55. The Court has considered the materials filed in support of and in opposition to the motion, the balance of the case file, and the applicable law. Being fully advised, the Court GRANTS in part and DENIES in part the motion as follows:

The Court grants the motion, except to the extent the Second Amended Complaint (SAC) includes any claim under the Americans with Disabilities Act (ADA), which was previously dismissed with prejudice. *See* Dkt. # 19. In the interest of judicial economy, Plaintiff may file

---

[1] On June 10, 2022, this Court dismissed CT Corporation Systems, Defendant's registered agent, from the case. ECF No. 19.

[2] Plaintiff Laffon Glymph has listed Defendant CompuCom Systems, Inc. simply as "CompuCom" as a defendant in this matter.

ORDER RE: PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1
2:21-CV-01704-JHC

the SAC in the form presented with her motion within ten (10) court days of this order; assuming she does so, the Court will consider any ADA claim to be dismissed.

DATED this 11th day of March, 2024.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE