UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAFFON GLYMPH,<br><br>                    Plaintiff<br><br>          v.<br><br>CT CORPORATION SYSTEMS et al.,<br>                                      Defendant(s). | CASE NO. 2:21−cv−01704−JHC<br><br>ORDER GRANTING EXTENSION OF TIME FOR DISCOVERY MOTIONS |

   Before the Court is Plaintiff's Motion for Extension of Time for Discovery Motions.  Dkt. # 67.  The Court GRANTS the motion.  The deadline for filing discovery motions is extended to September 23, 2024.  All other deadlines set forth in the Court's Scheduling Order dated February 13, 2024, Dkt. # 52, remain in effect.

   DATED this 3rd day of September, 2024.

                                                    _____
                                                    JOHN H. CHUN
                                                    UNITED STATES DISTRICT JUDGE

ORDER GRANTING
EXTENSION OF TIME FOR DISCOVERY MOTIONS-1