UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAFFON GLYMPH,

    Plaintiff,

v.

CT CORPORATION SYSTEMS and COMPUCOM,

    Defendants.

Case No. 2:21-cv-01704-JHC

ORDER

    Before the Court are Plaintiff's Motion for Remote Deposition and Alternative Recording Method, Dkt. # 69, and Defendant CompuCom Systems, Inc.'s Motion to Compel Deposition of Plaintiff Laffon Glymph, Dkt. # 71. The Court has reviewed the motions, the oppositions thereto, the rest of the case file, and the governing law. The Court has also considered the oral argument today. Being fully advised, as stated during the hearing today, the Court DENIES Plaintiff's motion and GRANTS CompuCom's motion.

    Accordingly, the Court ORDERS as follows:

1.     Plaintiff Laffon Glymph is directed to appear, in-person, for her discovery deposition as noticed by CompuCom on October 4, 2024, at 9:30 a.m.

2.     To the extent Ms. Glymph requires any reasonable accommodations for any disability in order to be able to appear personally as directed, she is instructed to

1            provide counsel for CompuCom with a request for such accommodations within

2            five calendar days of this Order.

3     3.     CompuCom shall provide Ms. Glymph with reasonable accommodations for any

4            disability-related limitation, at no cost to Ms. Glymph, as are necessary to enable

5            Ms. Glymph's personal appearance at her deposition.

6     4.     To the extent the parties are unable to reach agreement on specific accommodations,

7            they are directed to contact the Court to request an informal conference in order for

8            the Court to decide the appropriate accommodation to be provided.

DATED: September 27, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER

No. 2:21-cv-01704-JHC        - 2 -