UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAFFON GLYMPH,

        Plaintiff,

   v.

CT CORPORATION SYSTEMS and COMPUCOM,

        Defendants.

Case No. 2:21-cv-01704-JHC

ORDER

      Before the Court is Defendant CompuCom Systems, Inc.'s Fed. R. Civ. P. 37(b)(2)(A) Motion for Sanctions and for an Order to Show Cause, Dkt. # 78, and Plaintiff's Motion to Reschedule In-Person Deposition or Remote Alternative, Dkt. # 80.

      The Court has reviewed the materials filed in support of and in opposition to the motions, the rest of the file, and the governing law. And the Court held a hearing on the motions earlier today. Being fully advised, consistent with the oral ruling today, the Court ORDERS as follows:

      1.     The Court declines, at this time, to dismiss this action.

      2.     Plaintiff indicated at the hearing today that she will be available for her in-person deposition on November 7, 2024. She also stated her preference to have the deposition at the Courthouse instead of at counsel's office. Defendant's counsel also indicated that he is available on November 7th. Accordingly, the Court ORDERS that the deposition take place on Thursday,

1  November 7, 2024, at 9:30 a.m., at the United States District Courthouse, 700 Stewart Street,
2  Seattle, WA 98101.
3      3.    The Court CONTINUES the current dispositive motion deadline to December 2,
4  2024.
5      4.    The Court STAYS Defendant's request for attorneys' fees and costs until the
6  conclusion of this litigation.
7      5.    This Order resolves the motions at Dkt. ## 78 and 80.  As the Court indicated at
8  today's hearing, it will not rule on Plaintiff's Motion to Extend Discovery Deadline until on or
9  after the noting date of November 8, 2024, at which point the parties' will have had the
10 opportunity to fully brief in connection with the motion.
11 DATED:  October 30, 2024

                                            JOHN H. CHUN
                                            UNITED STATES DISTRICT JUDGE