UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAFFON GLYMPH,

        Plaintiff,

v.

CT CORPORATION SYSTEMS and COMPUCOM,

        Defendants.

Case No. 2:21-cv-01704-JHC

ORDER

    Before the Court is Plaintiff's Motion to Extend Discovery Deadline. Dkt. # 82. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by the Defendant at Dkt. # 89, the Court DENIES the motion.

    DATED this 12th day of November, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE