UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAFFON GLYMPH,

        Plaintiff,

   v.

CT CORPORATION SYSTEMS and COMPUCOM,

        Defendants.

Case No. 2:21-cv-01704-JHC

ORDER

This matter comes before the Court on the parties' motions at Dkts. ## 99 and 100. The Court GRANTS Plaintiff Glymph's motion at Dkt. # 99 and grants her leave to file by December 26, 2024, her opposition to Defendant's motion for summary judgment. As a result, Defendant may file by January 3, 2025, its reply in support of its motion for summary judgment. The Court STRIKES the motion Dkt. # 100. The Court DIRECTS the Clerk to re-note the motion for summary judgment at Dkt. # 95 for January 3, 2025.

DATED: December 30, 2024.

                                               _____
                                               JOHN H. CHUN
                                               UNITED STATES DISTRICT JUDGE