The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAFFON GLYMPH,<br><br>    Plaintiff,<br><br>v.<br><br>CT CORPORATION SYSTEMS and COMPUCOM,<br><br>    Defendants. | Case No. 2:21-cv-01704-JHC<br><br>**SURREPLY AND MOTION TO STRIKE OF DEFENDANT COMPUCOM SYSTEMS, INC. RE MOTION FOR SUMMARY JUDGMENT (ECF 95)** |

Pursuant to Western District of Washington Local Civil Rule 7(g), Defendant CompuCom Systems, Inc. files this surreply for the sole purpose of moving to strike Plaintiff Laffon Glymph's mislabeled surreply (ECF 104) and its accompanying documents (ECF 104-1–104-3) regarding CompuCom's Motion for Summary Judgment (ECF 95). Under the Local Civil Rules, briefing on motions is limited to the motion itself, a response in opposition, and a reply in support. LCR 7(b)(1)–(3). Surreplies are strictly limited to raising motions to strike materials in other briefs; additional argument contained in surreplies will not be considered by the Court. LCR 7(g), (g)(2). On January 15, 2025, Ms. Glymph filed a surreply, mislabeled as a "reply" to CompuCom's Motion for Summary Judgment (ECF 95). This filing by Ms. Glymph is not in compliance with the Court's rules, as it is not limited to (and indeed does not even contain) a motion to strike material in CompuCom's actual summary judgment reply (ECF 102). Its content is also duplicative and

DEF COMPUCOM'S SURREPLY RE
MOTION FOR SUMMARY JUDGMENT (ECF 95)
No. 2:21-cv-01704-JHC     - 1 -

HOLT LEGAL, P L L C
705 2nd Avenue, Suite 1200
Seattle, Washington 98104-1798
(206) 372-6261

repetitive, having been filed for the sole apparent purpose of adding duplicative and unnecessary briefing to the record on summary judgment. Thus, in addition to being improperly filed in the first place, these materials add nothing to the briefing currently before the Court on CompuCom's motion. Accordingly, the Court should strike ECF 104 through ECF 104-3 in their entirety.

DATED: January 21, 2025

*s/ Thomas P. Holt*
Thomas P. Holt, WSBA #39722
HOLT LEGAL, PLLC
705 2nd Avenue, Suite 1200
Seattle, Washington  98104-1798
Phone:          (206) 372-6261
Email:          tom@holt-legal.com

Attorneys for Defendant COMPUCOM SYSTEMS, INC.

I certify that this memorandum contains 225 words, in compliance with the Local Civil Rules.

DEF COMPUCOM'S SURREPLY RE
MOTION FOR SUMMARY JUDGMENT (ECF 95)
No. 2:21-cv-01704-JHC          - 2 -

HOLT LEGAL, P L L C
705 2nd Avenue, Suite 1200
Seattle, Washington  98104-1798
(206) 372-6261