# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LAFFON GLYMPH<br><br>  Plaintiff,<br>  v.<br><br>CT CORPORATION SYSTEMS, and COMPUCOM SYSTEMS, INC.<br><br><br>  Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:21-cv-01704-JHC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

CompuCom's Motion for Summary Judgment, Dkt. # 95, be GRANTED. The Court has DISMISSED Glymph's claims with prejudice.

Dated January 22, 2025

Ravi Subramanian
Clerk of Court

/s/Ashleigh Drecktrah
Deputy Clerk
